```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN MURPHY,

                Plaintiff,

        -against-

CITY OF NEWBURGH,

                Defendant.
------------------------------------------------------------X

16 CIVIL 9372 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2018, Defendant's motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
          September 27, 2018

                                              RUBY J. KRAJICK

                                              Clerk of Court
                        BY:
                                                  Deputy Clerk